Prob 35
(Rev.3/97)

Report and Order Terminating Supervision
Prior to Original Expiration Date

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

**Patrick Steven Smith**,

Defendant.

Docket No. 0:01CR00367-001

On December 26, 2004, the above defendant was placed on supervision for a period of 3 years supervised release. This defendant has complied with the rules and regulations of supervision and is no longer in need of supervision. It is accordingly recommended that this defendant be discharged from supervision.

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervision and that the proceedings in the case be terminated.

Dated this 1st day of March, 2007.

Honorable Donovan W. Frank
U.S. District Judge

c: Jennifer Black, Probation Services Technician

SCANNED
MAR 01 2007
U.S. DISTRICT COURT ST. PAUL